# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMUEL ISAAC MARQUEZ,

    Petitioner,

vs.

E.K. MCDANIELS, *et al.*,

    Respondents.

3:08-cv-00647-LRH-VPC

ORDER

Petitioner's motion (#14) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including October 19, 2009.

DATED this 9th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE