# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL MARQUEZ,<br><br>    Petitioner,<br><br>vs.<br><br>E.K. MCDANIELS, *et al.*,<br><br>    Respondents. | 3:08-cv-00647-LRH-VPC<br><br>ORDER |

Petitioner's motion (#18) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including November 25, 2009.

DATED this 24th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE