# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL MARQUEZ, | |
|     *Petitioner*, | 3:08-cv-00647-LRH-VPC |
| vs. | ORDER |
| E.K. MCDANIELS, *et al.*, | |
|     *Respondents*. | |

Petitioner's motion (#40) for an enlargement of time is GRANTED, and the time for petitioner to file a response to respondents' motion (#39) to dismiss is extended up to and including June 13, 2013.

DATED this 24th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE