# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMUEL MARQUEZ,

    *Petitioner*,

vs.

E.K. MCDANIELS, *et al.*,

    *Respondents*.

3:08-cv-00647-LRH-VPC

ORDER

Petitioner's motion (#40) for an enlargement of time is GRANTED, and the time for petitioner to file a response to respondents' motion (#39) to dismiss is extended up to and including June 13, 2013.

DATED this 24th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE