# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMUEL ISAAC MARQUEZ,

    *Petitioner*,

vs.

E.K. MCDANIELS, et al.,

    *Respondents*.

3:08-cv-00647-LRH-VPC

ORDER

This petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 comes before the court on petitioner's motion to extend time (ECF #49) and respondents' motion to substitute party (ECF #53). Good cause appearing:

**IT IS THEREFORE ORDERED** that petitioner's motion to extend time to file a reply to respondents' answer (ECF #49) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' motion for substitution of respondent (ECF #53) is **GRANTED**. The Clerk **SHALL replace** respondent E.K McDaniels with respondent Renee Baker in the caption of this case.

Dated this 12th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE